IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOEL JOHNSON AND VALERIE EDWARDS JOHNSON, | |
| Plaintiffs, | C.A. No.: 11-0587 |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC. | |
| Defendant. | |

## STIPULATION AND ORDER

It is hereby stipulated by and between the undersigned counsel that defendant, American Home Mortgage Servicing, Inc., shall file an Answer to the Amended Complaint of plaintiffs, Noel Johnson and Valerie Edwards Johnson no later than July 11, 2011.

| | |
|---|---|
| /s/ Bernard S. Rubb | /s/ Kevin C. Rakowski |
| Bernard S. Rubb, Esquire | Kevin C. Rakowski, Esquire |
| 434 Oliver Road | Blank Rome LLP |
| Pittsburgh, PA 15143 | One Logan Square |
| Attorney for Plaintiffs | 130 North 18th Street |
| Noel Johnson and Valerie Edwards Johnson | Philadelphia, PA 19103-6998 |
| | Attorney for Defendant American Home Mortgage Servicing, Inc. |

Dated: 7/8/2011                    Dated: 7/8/2011

APPROVED BY THE COURT:

_____
GARY L. LANCASTER, U.S.D.J.
DATED: 7/8/2011